IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DAVID LANGFORD                                                                             PLAINTIFF

v.                                                                                       No. 1:05CV93-M-A

LADDIE HUFFMAN, ET AL.                                                                  DEFENDANTS

## ORDER OF DISMISSAL

The *pro se* prisoner plaintiff David Langford is housed at the Webster County Correctional Facility. He has filed a complaint under 42 U.S.C. § 1983 challenging the conditions of his confinement. A plaintiff's claim shall be dismissed if "it lacks an arguable basis in law or fact, such as when a prisoner alleges the violation of a legal interest that does not exist." *Martin v. Scott*, 156 F.3d 578 (5th Cir. 1998)(citations omitted). For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this lawsuit.[1]

The court must ensure that the plaintiff has exhausted his administrative remedies before examining the merits of his claims. 42 U.S.C. § 1997e(a), *Wright v. Hollingsworth*, 260 F.3d 357 (5th Cir. 2001). In this case the plaintiff acknowledges that he has not completed the grievance process because "you never [file] on this jail until you move." As the plaintiff has not exhausted his administrative remedies, this case is hereby **DISMISSED** under 42 U.S.C. § 1997e(a).

This, the 5th day of May, 2005.

                                                              /s/ Michael P. Mills
                                                         UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(g).